CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA *v.*
OTTAWA SILICA CO. ET AL. C. A. 6th Cir. Certiorari
denied.

No. 73–813. CITY OF CHICAGO ET AL. *v.* HAMPTON,
ADMINISTRATRIX, ET AL.; and
No. 73–821. HANRAHAN ET AL. *v.* HAMPTON, ADMIN-
ISTRATRIX, ET AL. C. A. 7th Cir. Certiorari denied.
Reported below: 484 F. 2d 602.

No. 73–815. ROBERTS *v.* ARKANSAS. Sup. Ct. Ark.
Certiorari denied.

No. 73–816. KELSEY-HAYES Co. *v.* DUNLOP Co., LTD.;
and
No. 73–973. DUNLOP Co., LTD. *v.* KELSEY-HAYES Co.
C. A. 6th Cir. Certiorari denied. Reported below: 484
F. 2d 407.

No. 73–818. BIGGER ET AL. *v.* CITY OF PONTIAC ET AL.
Sup. Ct. Mich. Certiorari denied.

No. 73–836. HENDERSON, WARDEN *v.* BARRABINO.
Sup. Ct. La. Certiorari denied.

No. 73–847. JONES *v.* UNITED STATES. C. A. 8th Cir.
Certiorari denied.

No. 73–851. BATES *v.* INDIANA. Ct. App. Ind. Cer-
tiorari denied.

No. 73–860. MINYARD ET AL. *v.* SHIRLEY. Sup. Ct.
Ariz. Certiorari denied.

No. 73–863. HOZIE *v.* HOZIE. Ct. App. Cal., 1st App.
Dist. Certiorari denied.